IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HILLARY CLARK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 17-cv-1152 |
| ) | |
| UNITED STATES POSTAL SERVICE, ) | |
| ) | |
| Defendant. ) | |

## **COMPLAINT**

Now comes the plaintiff, HILLARY CLARK, by and through her undersigned attorneys, PIERCE LAW FIRM, P.C., and for her Complaint against the United States Postal Service, states as follows:

1. That on or about October 9, 2015, Plaintiff, Hillary Clark was a resident of the City of Coulterville, County of Randolph, State of Illinois.

2. That on or about said time and date, defendant, United States Postal Service, by its agent Michelle Mulvaney, was operating a motor vehicle, Postal Vehicle No. 2209491.

3. That on or about October 9, 2015, plaintiff, Hillary Clark, was traveling south on Illinois Route 127/13 in Jackson County, Illinois.

4. That on or about October 9, 2015, the United States Postal Service vehicle, was traveling east on Route 4 in Jackson County, Illinois when it T-boned Hillary Clark's vehicle.

5. That at said time and place, the United States Postal Service, owed a duty of ordinary care to operate her vehicle in a manner which was reasonably safe to plaintiff and all others upon the roadway.

6. That defendant, United States Postal Service, breached its duties in one or more of the following ways:

1

    a.    Negligently and carelessly failed to keep its vehicle under control;

    b.    Negligently and carelessly failed to yield the right of way;

    c.    Negligently and carelessly operated their vehicle upon a public roadway in an unsafe manner.

7.    That as a proximate result of the United States Postal Service's negligence, in failing to keep its vehicle under control and failing to yield the right of way, it caused plaintiff, Hillary Clark, to suffer severe and permanent injuries. She has and will in the future endure a great deal of pain and emotional suffering.

8.    She has incurred medical expenses for being treated for her injuries, and will in the future incur and become liable for additional medical expenses. She has endured the loss of normal life and enjoyment all to her detriment to a large degree.

9.    On or about April 17, 2017, plaintiff filed a claim on Standard Form 95 with the United States Postal Service. More than six (6) months have passed since the claim was filed. Plaintiff has exhausted her administrative remedies.

10.    This Court has jurisdiction as the defendant is the United States Postal Service and as such jurisdiction lies under 28 U.S.C. §2671, *et seq*.

WHEREFORE, plaintiff, HILLARY D. CLARK, hereby demands judgment against the defendant, UNITED STATES POSTAL SERVICE, in an amount greater than TEN THOUSAND DOLLARS ($10,000.00) but not greater than FIFTY THOUSAND DOLLARS ($50,000.00), plus costs.

                Respectfully Submitted,

By: s/Charles A. Pierce
     PIERCE LAW FIRM, P.C.
     #3 Executive Woods Court, Suite 200
     Belleville, IL 62226
     Phone: 618-277-5599
     Fax: 618-239-6080
     E-mail: cpierce@piercelawpc.com
     Attorney Bar # 06208106