IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HILLARY CLARK, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 17-cv-01152-SMY-RJD |
| | ) |
| UNITED STATES POSTAL SERVICE, | ) |
| | ) |
|     Defendant. | ) |

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE
## PURSUANT TO RULE 41(a)(1)(A)(ii)

Plaintiff, Hillary Clark, by and through her attorney, Charles A. Pierce, and Defendant, United States Postal Service, by its attorneys, Donald S. Boyce, United States Attorney for the Southern District of Illinois, and Nicholas J. Biersbach, Assistant United States Attorney, hereby jointly stipulate to the voluntary dismissal of this action in its entirety with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their own costs.

Respectfully submitted,

*s/ Charles A. Pierce*  
CHARLES A. PIERCE  
Pierce Law Firm, P.C.  
#3 Executive Woods Ct.  
Suite 200  
Belleville, IL 62226  
**(Attorney for Plaintiff)**

DONALD S. BOYCE  
United States Attorney

*s/ Nicholas J. Biersbach (with consent)*  
NICHOLAS J. BIERSBACH  
Assistant United States Attorney  
Office of the United States Attorney  
Nine Executive Drive  
Fairview Heights, IL  62208  
Phone:   618-628-3700  
FAX:     618-622-3810  
E-mail:  Nicholas.Biersbach@usdoj.gov  
**(Attorneys for the United States Postal Service)**

## Certificate of Service

I hereby certify that on February 1, 2018, I electronically filed the foregoing **JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)** with the Clerk of the District Court, using the CM/ECF system, which will serve notice on all parties who have appeared.

s/ Charles A. Pierce