# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HILLARY CLARK, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|    vs. | ) Case No. 17-CV-01152-SMY-RJD |
| | ) |
| UNITED STATES POSTAL SERVICE, | ) |
| | ) |
|    Defendants. | ) |
| | ) |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that, having been advised by the parties that all claims in this matter have been settled or otherwise resolved, Plaintiff's claims against the Defendant is **DISMISSED with prejudice**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:  March 26, 2018**

                                                 **JUSTINE FLANAGAN, Acting Clerk of Court**

                                                 **By: s/ Stacie Hurst, Deputy Clerk**

**Approved:**   **s/ Staci M. Yandle**
                   **STACI M. YANDLE**
                   **DISTRICT JUDGE**